**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:22-cv-22227-JEM**

AMIN LAKHANI,

    Plaintiff,

v.

FRIT COCOWALK OWNER, LLC and
COCOSUSHI, LLC,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, FRIT COCOWALK OWNER, LLC ONLY**

    Plaintiff, Amin Lakhani ("Plaintiff") and Defendant, FRIT Cocowalk Owner LLC ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action between only them, hereby stipulate to the dismissal of this action with prejudice with respect to Defendant, FRIT Cocowalk Owner LLC only. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

    Jointly submitted this 30th day of August, 2022.

| | |
|---|---|
| **Glenn R. Goldstein & Associates PLLC** | **GRAYROBINSON, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant*, *FRIT Cocowalk Owner, LLC* |
| 8101 Biscayne Blvd., Ste. 504 | 333 S.E. 2nd Avenue, Suite 3200 |
| Miami, Florida 33138 | Miami, Florida 33131 |
| Telephone: (305) 900-2373 | Telephone: (305) 416-6880 |
| Facsimile: (305) 400-0722 | Facsimile: (305) 416-6887 |
| | |
| By: */s/ Glenn R. Goldstein* | By: */s/ Anastasia Protopapadakis* |
|     Glenn R Goldstein, FBN 55873 |     Anastasia Protopapadakis, FBN 51426 |
|     GGoldstein@G@Legal.net |     anastasia.protopapadakis@gray-robinson.com |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF this 30th day of August, 2022, which will send notice electronically to the counsel or parties of record on the Service List below.

**GRAY**|**ROBINSON**
*Counsel for Defendant, FRIT Cocowalk Owner, LLC*
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

By:      */s/ Anastasia Protopapadakis*
Anastasia Protopapadakis, FBN 0966878
Primary e-mail:
Anastasia.Protopapadakis@Gray-Robinson.com
Secondary e-mails:
Danieska.Cuarezma@Gray-Robinson.com
Lourdes.Federici@Gray-Robinson.com

## SERVICE LIST

Glenn R Goldstein, Esq.
**Glenn R. Goldstein & Associates PLLC**
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
Telephone: (561) 573-2106
GGoldstein@G2Legal.net
*Counsel for Plaintiff*

Yvette R. Lavelle, Esq.
Marcus A. Nielsen, Esq.
**Boyd Richards Parker & Colonnelli, P.L.**
100 S.E. 2nd Street, Suite 2600
Miami, Florida 33131
Telephone: (786) 425-1045
Facsimile: (786) 425-3905
YLavelle@boydlawgroup.com
MNielsen@boydlawgroup.com
MQuintero@boydlawgroup.com
ServiceMIA@boydlawgroup.com
*Counsel for Defendant, Coco Sushi, LLC*