UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **22-22227-CIV-MARTINEZ**

AMIN LAKHANI,

    Plaintiff,

v.

FRIT COCOWALK OWNER, LLC and COCO SUSHI, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff and Defendant Frit Cocowalk Owner, LLC's Joint Notice of Settlement and Stipulation of Dismissal with Prejudice. (ECF No. 16). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** as to Defendant Frit Cocowalk Owner, LLC. This case remains open and pending as to the remaining Defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of September, 2022.

                                                           JOSE E. MARTINEZ
                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record