UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

FRIT COCOWALK OWNER, LLC
and COCO SUSHI, LLC,
    Defendant(s).

Case No: 22-cv-22227-JEM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, COCO SUSHI, LLC, *ONLY*

Plaintiff, AMIN LAKHANI, and Defendant, COCO SUSHI, LLC, *only*, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, COCO SUSHI, LLC, *only*, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Marcus A. Nielsen |
| Glenn R. Goldstein (FBN: 55873) | Yvette R. Lavelle (FBN: 48107) |
| *Attorney for Plaintiff* | Marcus A. Nielsen (FBN: 1010803) |
| Glenn R. Goldstein & Assoc., PLLC | *Attorney for Defendants* |
| 8101 Biscayne Blvd., Ste. 504 | Boyd Richards Parker Colonnelli, P.L. |
| Miami, Florida 33138 | 100 SE 2nd St., Ste. 2600 |
| (305) 900-2373 | Miami, Florida 33131 |
| GGoldstein@G2Legal.net | (786) 425-1045 |
| | YLavelle@BoydLawGroup.com |
| | MNielsen@BoydLawGroup.comCase |