UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22227-CIV-MARTINEZ

AMIN LAKHANI,

    Plaintiff,

v.

FRIT COCOWALK OWNER, LLC
and COCO SUSHI, LLC,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Stipulation for Dismissal with Prejudice, (ECF No. 28). It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of February, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record